UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20462-CIV-SEITZ/O'SULLIVAN

ROBIN C. REISTETTER, et al.,

    Plaintiffs,
v.

ROYAL CARIBBEAN CRUISES LTD., et al.,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on an Informal Discovery Conference held before the undersigned on April 16, 2009. Having heard argument in this matter, it is

ORDERED AND ADJUDGED that the plaintiff's "boiler plate" objections to the defendants' interrogatories and requests for production are stricken. "Boiler plate" objections are not permitted under the Local Rules of this Court. It is further

ORDERED AND ADJUDGED that the plaintiff is under an ongoing obligation to supplement discovery responses in this matter should additional information be discovered. It is further

ORDERED AND ADJUDGED that in response to Royal Caribbean's Interrogatory number 3, the plaintiff shall provide the names of the prescription medication taken by the decedent for the 6 months preceding the accident. It is further

ORDERED AND ADJUDGED that in response to Royal Caribbean's Interrogatory number 7, the plaintiff shall provide the names of all doctors seen by the

decedent for the seven years preceding the accident.   It is further

ORDERED AND ADJUDGED that in response to Royal Caribbean's Interrogatory number 9, the plaintiff shall provide the information as to the specifics requested as the information becomes available.  It is further

ORDERED AND ADJUDGED that in response to Royal Caribbean's Interrogatory number 12, the plaintiff shall provide bank statements and checks responsive to interrogatory number 12.  The plaintiff shall supplement the response when the plaintiff determines particular monetary figures that support damages.  It is further

ORDERED AND ADJUDGED that in response to Royal Caribbean's Interrogatory number 14 and Dolphin's Interrogatory number 4, the plaintiff shall provide a summary of the testimony and the phone numbers for the first through third and sixth through eleventh people listed on the initial response to interrogatory number 14.  It is further

ORDERED AND ADJUDGED that in response to Dolphin's Interrogatory number 5, the plaintiff shall provide Dolphin with the names, addresses and phone numbers of the individuals who made statements to Dolphin and shall indicate what the statements were.  It is further

ORDERED AND ADJUDGED that in response to Dolphin's Interrogatory number 11, the plaintiff shall provide the names of persons or companies to whom payments were made or are owed.  It is further

ORDERED AND ADJUDGED that in response to Dolphin's Interrogatory numbers 14, 16, 20, 23, 26, and 27, the plaintiff shall respond.  It is further

ORDERED AND ADJUDGED that in response to Dolphin's Request for Production number 15, the plaintiff shall provide any documents regarding Dolphin's negligence. It is further

ORDERED AND ADJUDGED that in response to Dolphin's Request for Production number 17, the plaintiff shall supplement the response once the information becomes available. It is further

ORDERED AND ADJUDGED that all responses shall be provided on or before April 30, 2009.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 16th day of April, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record